```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/26/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NENAD DALINAC,

     Plaintiff,

-against-

U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; KIKA SCOTT, Senior Official Performing the Duties of the Director,

     Defendant.

1:25-cv-03668-MKV

ORDER

---

**MARY KAY VYSKOCIL**, United States District Judge:

  Pursuant to Federal Rule of Civil Procedure 5.2(c), "[u]nless the court orders otherwise, . . . . in an action or proceeding relating . . . to immigration benefits or detention, access to an electronic file is authorized as follows: (1) the parties and their attorneys may have remote electronic access to any part of the case file, including the administrative record; (2) any other person may have electronic access to the full record at the courthouse, but may have remote electronic access only to: (A) the docket maintained by the court; and (B) an opinion, order, judgment, or other disposition of the court, but not any other part of the case file or the administrative record."

  Accordingly, the Court withdraws the Order to Show Cause filed on June 25, 2025. [ECF No. 14]. The July 1, 2025 deadline is terminated and no further action is required in response to the Order to Show Cause. Plaintiff shall continue to prosecute its case.

**SO ORDERED.**

Date: June 26, 2025
   New York, NY

               *Mary Kay Vyskocil*
               **MARY KAY VYSKOCIL**
               United States District Judge